1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  SOMNATH RAJ CHATTERJEE (CA SBN 177019)
   SChatterjee@mofo.com
3  CHRISTOPHER MAGANA (CA SBN 287256)
   CMagana@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          Case No.    CR 12-581 EJD

13                 Plaintiff,          **DEFENDANT'S SUPPLEMENTAL
                                       EXHIBIT LIST**
14
          v.                          Trial Date:  May 5, 2015
15                                     Time:      9:00 a.m.
    JERRY WANG,                        Ctrm:      4, 5th Floor
16                                     Judge:    The Hon. Edward J. Davila
                   Defendant.
17

18          Defendant, Jerry Wang, hereby submits a supplemental list of prospective exhibits he may

19  seek to introduce into evidence at trial, other than for purposes of impeachment or rebuttal.

20  Defendant reserves his rights, in keeping with the Federal Rules of Criminal Procedure, to expand

21  or modify this list before trial and to offer additional exhibits as may be necessary during trial.

22  Defendant further reserves his rights to object to the admissibility of any trial exhibit proposed by

23  the parties.

24

25

26

27

28

| Exhibit No. | Date | Description | Bates Nos |
|---|---|---|---|
| 1082 | 11/13/08 | Termination Letter | N/A |
| 1083 | 7/06/07 | Ling Li Application for Admission - Academy of Chinese Health Sciences | N/A |
| 1084 | 2008 | Letters of student enrollment UEWM | N/A |
| 1085 | 11/02/07 | Student Transcripts | N/A |
| 1086 | 01/26/10 | I-17 Petition California South Bay University | JW-18732-18868 |
| 1087 | 5/11/11 | Notice of Denial California South Bay University | JW-18722-18731 |
| 1088 | 2007 | Acceptance Letters | N/A |
| 1089 | 12/11/09 | E-mail Fr: F. Huang To: Divya Gopal | N/A |
| 1090 | 3/30/03 | UEWM I-17 Application | SEVP_009085-9273 |
| 1091 | N/A | SEVP Spotlight | N/A |
| 1092 | 3/14/11 | DHS Sensitive Systems Policy Directive 4300A | N/A |
| 1093 | 2008-2012 | HGU Student Employment Letters | JW-00590,593, 562, 591,561, 580, 560, 579, 574, 584, 564, 563, 573, 578, 571-572, 559, 577, 581, 567, 565, 569, 586, 585, 583, 570, SEVP_001893, 1890, 1888, 1891, 1892, 1896 |
| 1094 | 10/20/11 | BPPE Approved Education Program List - Herguan University | SEVP_008684 |
| 1095 | 6/07 | HGU Institutional Approval | SEVP_008328 |
| 1096 | 9/06/10 | Herguan University Institutional Effectiveness Plan (Strategic Plan) | JW-00451-00457 |
| 1097 | 2009 | Fall Orientation PowerPoint | N/A |
| 1098 | 6/07 | Herguan University-Computer Lab-Login Sheet | N/A |
| 1099 | 6/01/07 | Herguan University Enrollment Agreement _ Naresh Kaluvala | N/A |
| 1100 | 3/13/08 | Herguan University Enrollment Agreement Chidura Ragavendra | N/A |
| 1101 | 6/11/07 | Herguan University Registration Form Manne Reddy | N/A |
| 1102 | 2015 | ACICS Member Directory Search | N/A |
| 1103 | 2015 | U.S Department of Education Database of Accredited Postsecondary Institutions and Programs webpage printout | N/A |
| 1104 | 2007 | HGU Catalog | JW-00755-785 |
| 1105 | 2007-2008 | HGU Catalog | JW-00806-877 |
| 1106 | 5/7/2011-12/15/2012 | HGU Catalog | SEVP_004145-4187 |
| 1107 | 2011 | HGU Catalog | SEVP_004102-4144 |
| 1108 | 2011-2012 | HGU Catalog | SEVP_004052-4100 |
| 1109 | 2011-2012 | HGU Catalog | SEVP_004000-4051 |

| 1110 | 2008-2009 | HGU Catalog | SEVP_003953-3999 |
|------|-----------|-------------|------------------|
| 1111 | 2007-2008 | HGU Class Schedules | SEVP_04522, JW-00804-805 |
| 1112 | 2009 | HGU Class Schedules | SEVP_001825-1827, SEVP_1783-1792 |
| 1113 | N/A | Herguan Employer Satisfaction Surveys | JW-00549-556 |
| 1114 | Various | Letters of Support from Government Officials | JW-000596-601, SEVP_008693-8694 |
| 1115 | 2011 | Fall 2011 class lists | N/A |
| 1116 | 2011 | Summer 2011 class lists | N/A |
| 1117 | 2011 | Fall 2011 class lists | N/A |
| 1118 | 2010 | Fall 2010 class lists | N/A |
| 1119 | 2010 | Fall 2010 class list | N/A |
| 1120 | 2010 | Fall 2010 class lists | N/A |
| 1121 | 2010 | Fall 2010 class lists | N/A |
| 1122 | 2010 | Fall 2010 class lists | N/A |
| 1123 | 2010 | Spring 2011 class lists | N/A |
| 1124 | 2011 | Spring 2011 class lists | N/A |
| 1125 | 2011 | Spring 2011 class lists | N/A |
| 1126 | 5/4/11 | Spring 2011 class lists | N/A |
| 1127 | N /A | USCIS Immigration record for Karunanidhy | JW-17678-18242 |
| 1128 | N/A | USCIS Immigration record for D. Kore | JW-17564-17676 |
| 1129 | 2007 | Student File Buddha Pradeep | N/A |
| 1130 | 2007 | Excerpts from Student File – Chede Vamshikrishna | N/A |
| 1131 | 2007 | Excerpts from Student File – Jalakanti Reddy | N/A |
| 1132 | 2007 | Excerpts from Student File – Anji Reddy | N/A |
| 1133 | 2007 | Excerpts from Student File –Alla Reddy | N/A |
| 1134 | 2007 | Excerpts from Student File – Gavinolla Reddy | N/A |
| 1135 | 2007 | Excerpts from Student File – Sam Praveen | N/A |
| 1136 | 2007 | Excerpts from Student File – Manyak Sashidahar | N/A |
| 1137 | 2007 | Excerpts from Student File – Naresh Kalvvala | N/A |
| 1138 | 2007 | Excerpts from Student File – Rajkumar Sangepu | N/A |
| 1139 | 2007 | Excerpts from Student File – Kathireddy Reddy | N/A |
| 1140 | 2007 | Excerpts from Student File – Ramesh Konda | N/A |
| 1141 | 2007 | Excerpts from Student File –Kotha Reddy | N/A |
| 1142 | 2007 | Excerpts from Student File – Chidura Raghavendra | N/A |
| 1143 | 2007 | Excerpts from Student File – | N/A |

| 1144 | 2007 | Mandumula Kumar | |
|------|------|-----------------|---|
| 1144 | 2007 | Excerpts from Student File – Sachin Ghanwar | N/A |
| 1145 | 5/16/2011 | Ltr to S. Warner re SEVIS compliance | SEVP_005488-90 |
| 1146 | 8/15/2011 | Ltr to S Warner re SEVIS compliance | SEVP_006411-13 |
| 1147 | 10/18/2011 | Ltr fr BPPE re temporary approval | SEVP_008325-27 |
| 1148 | 11/28/2011 | Ltr to S Warner re SEVIS compliance | SEVP_008692 |
| 1149 | 11/30/2011 | Ltr to S Warner re SEVIS compliance | SEVP_008685 |
| 1150 | 12/02/2011 | E-mail to SEVIS Fr J. Mackey Re: HGU Update | SEVP_005637-40 |
| 1151 | 11/17/2010 | Compliance Site Visit | JW-01138-1145 |
| 1152 | 5/29/2011 | Jerry Wang Core Educational Program Certificates of Completion | N/A |
| 1153 | 5/30/2011 | Jerry Wang Core Educational Program Certificates of Completion | N/A |
| 1154 | 2004-2005 | Sunnyvale Leadership Class of 2004-2005 Certificate | N/A |
| 1155 | 12/17/2010 | Request for Evidence | JW-01137 |
| 1156 | 11/17/2010 | Compliance Site Visit | JW-01146-1158 |
| 1157 | Undated | Compliance Site Visit Handwritten Notes | JW-01159-1160 |
| 1158 | 2011 | Northwestern Polytechnic University transcript for former HGU student | SEVP_001868-1870 |
| 1159 | 2010 | Silicon Valley transcript for former HGU student | SEVP_001871-1872 |
| 1160 | 2012 | Silicon Valley transcript for former HGU student | SEVP_001873-1874 |
| 1161 | 2012 | Northwestern Polytechnic University transcript for former HGU student | SEVP_001875-1876 |
| 1162 | 2012 | Northwestern Polytechnic University transcript for former HGU student | SEVP_001877-1878 |
| 1163 | 2012 | Northwestern Polytechnic University transcript for former HGU student | SEVP_001880-1882 |
| 1164 | 2012 | Silicon Valley transcript for former HGU student | SEVP_001883-1884 |
| 1165 | 2012 | Gannon University transcript for former HGU student | N/A |
| 1166 | 2012 | List of HGU students that transferred to an accredited University | SEVP_001900-1903 |
| 1167 | N/A | HGU Student Placement Spreadsheet | N/A |
| 1168 | N/A | Photos J. Wang trip to China | N/A |
| 1169 | 2009 | Photos: HGU Graduation | N/A |
| 1170 | 2009-2012 | Photos: Herguan Classes | N/A |
| 1171 | N/A | Photos: Herguan Faculty | N/A |
| 1172 | N/A | Photos: General | N/A |
| 1173 | N/A | Document Examiner Materials | JW-165-167, JW-16384, SEVP_009258, SEVP_009191-92, SEVP_009155, 9159, SEVP_009182-9183, 9185, SEVP_009168, |

| | | | | |
|---|---|---|---|---|
| | | | | SEVP_009175, JW-143, JW-01569, JW-01448, 1458, JW-00755-756, JW-00703-705, 707, JW-16368-71, JW-15594, JW-16089, 16055, 16068-70, 16079, 16082, 16088-90, 16092, 16101, 16103, 16105, JW-16547, JW-05051-52, JW-170, JW-01709, JW-1717, JW-3729, JW-01685, 01689, JW-01769, JW-00541, JW-00652, 0659, SEVP_008764, SEVP_004445-51, SEVP_004454, SEVP_008137, 8140-41, 08143, 08145-46, 08149, SEVP_008751-52, 08756-57, 08754, SEVP_005740, JW-144, SEVP_008824, SEVP_008826 |
| 1174 | N/A | | Document Examiner Materials | JW-17472, 17476, SEVP_009130, SEVP_009087, SEVP_009088, SEVP_009192, SEVP_009158-59, 09161, SEVP_009183, SEVP_009179, JW-183, SEVP_009248, 9169, JW-185, JW-16372-73, JW-16603, JW-00703-704, 706, SEVP_003707-08, SEVP_00581, SEVP_005813, JW-03727-28, JW-00983-984, SEVP_003942-45, JW-16604, SEVP_005831, SEVP_00581, JW-01685, JW-01689, SEVP_005810-5811, JW-00525, JW-00526, JW-00540, JW-01137, SEVP_004992, SEVP_003622, SEVP_001853, 1855-57, SEVP_011760, SEVP_001838, 1840, SEVP_003690, SEVP_003687, SEVP_001850, SEVP_001866, SEVP_001905 |
| 1175 | N/A | | Document Examiner Materials | N/A |

1  Dated:  April 6, 2015                    JAMES J. BROSNAHAN
                                            MORRISON & FOERSTER LLP
2

3

4                                           By:/s/ James J. Brosnahan
                                               JAMES J. BROSNAHAN
5
                                            Attorneys for Defendant
6