JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
CHRISTOPHER MAGANA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY WANG,<br><br>Defendant. | Case No. CR 12-581 EJD<br><br>**DEFENDANT'S REVISED WITNESS LIST**<br><br>Trial Date: May 5, 2015<br>Time: 9:00 a.m.<br>Ctrm: 4, 5th Floor<br>Judge: The Hon. Edward J. Davila |

Defendant, Jerry Wang, may call the following witnesses, other than solely for impeachment or rebuttal. Defendant reserves the right to supplement and revise this witness list as trial preparations continue, and to call additional witnesses as may be necessary during trial. Defendant also reserves the right to object to any witnesses.

1. Andres Bella

2. Anthony Martinez

3. Candace Zheng (aka Candace Luo)

4. Carrie Yang (aka Yehpin Yang)

5. Chengguang ("Alex") Shi

6. David Wang

7. David Yang, Esq.

8. Dheeraj Kore

9. Doreen "Kandy" Simmons

10. Dr. Lawrence Lau

11. Dwaraka Kakumanu

12. Eric Tao

13. Godhasri Chamala

14. Hui Fen "Fay" Huang

15. Jianggang Tang

16. Kalpana Wunnava

17. Karathik Kamthanpati

18. Lee Winters

19. Ling Li

20. Ling Zhang

21. Liu Rong

22. Mike Mao

23. Narasimha Barigala

24. Pavan Koshika

25. Pei Chi

26. Richard Friberg

27. Shane Guan

28. Shireen Kahn

29. Srikanth Jasti

30. Stella Dai

31. Su Tong

32. Suzanne Mirkamali

33. Tamilselvan Karunanidhuy

34. Uttam Pagadala

35. Vishesh Aedula

36. Ying Qiu Wang

37. Willie Witt

38. Jason Kanno

39. Dianne Currie

40. Fernando Garcia

41. Chi long ("Andy") Ansjory

42. Xingzhi ("Simon") Luo

43. Robert Zhu

44. Sri Goduru

45. Lie Zhen Wang

46. Li Jun Sun

47. Yimin Zuo

48. Tyler Atkinson

49. David Ross

50. David Moore (expert witness—defendant will comply with applicable Federal Rules of Criminal Procedure).

51. All Federal, State, and Local Agents and Officers with involvement in this matter.

1  Dated: April 6, 2015

                                      JAMES J. BROSNAHAN
                                      MORRISON & FOERSTER LLP

                                      By:*/s/ James J. Brosnahan*
                                              JAMES J. BROSNAHAN

                                      Attorneys for Defendant