# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
### Judge Edward J. Davila
Courtroom 4 - 5th Floor
### Criminal Minute Order

**TIME IN COURT: 35 mins**

**Date: April 6, 2015**                                   **U.S. Probation Officer: N/A**
**Courtroom Deputy: Elizabeth Garcia**          **U.S. Pretrial Services Officer: N/A**
**Court Reporter: Irene Rodriguez**               **Interpreter: N/A**

---

**CASE NUMBER**: 5:12-cr-0051-EJD
**TITLE: USA v. Jerry Wang (NC)(P)**
Government Attorney(s) present: Hartley West, Maia Perez
Defendant Attorney(s) present: James Brosnahan, Somnath Chatterjee

---

**PROCEEDINGS: Admission to Charge One of the Petition**

---

**ORDER AFTER HEARING:**
Hearing held.
Court hold voir dire of defendant re Interpreter for trial. The Court finds the defendant does not need the assistance of an interpreter for trial proceedings.
Hearing re Motions in Limine set for May 1, 2015 at 1:30 PM.
The court modified the trial schedule as to one day: May 11, 2015 at 9:00 AM – 12:00 PM, May 12 will be dark. All other trial dates remain as previously set.
Joint Neutral Statement of the case due April 21, 2015.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**